**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CHIRICO, JR., and KIERAN J. MCGRATH,<br><br>Defendants. | Case No. 1:23-cv-01258-PGG<br><br>**NOTICE OF APPEAL** |

NOTICE IS GIVEN that Lead Plaintiff Paul Sweatt, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the Order dismissing Plaintiff's complaint, filed on September 1, 2026 (ECF No. 140), and all interlocutory orders and prior rulings merging therein.[1]

DATED: September 30, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By <u>*/s/ Lucas E. Gilmore*</u>

Lucas E. Gilmore, *pro hac vice*
Reed R. Kathrein, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

*Counsel for Lead Plaintiff Paul Sweatt*

[1] Because it granted dismissal with leave to amend, the District Court did not enter a separate judgment. *See* Fed. R. Civ. P. 58. After the Order was issued, Lead Plaintiff filed a Notice of Intent Not to Amend the Complaint. ECF No. 141 (Sept. 29, 2026). The Order therefore is appealable because the District Court "evidenced its intent" that the Order "would represent the final decision in the case." *Bankers Trust Co. v. Mallis*, 435 U.S. 381, 387 (1978); ECF No. 140 at 81 (granting motions to dismiss in their entirety); *see also* 28 U.S.C. § 1291.

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Paul Sweatt*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−01258−PGG

Jiang v. Avaya Holdings Corp. et al
Assigned to: Judge Paul G. Gardephe
Related Case: 1:24−cv−09692−PGG
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/14/2023
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Oliver Jiang**
*individually and on behalf of all others similarly situated*

represented by **Alan Ian Ellman**
Robbins Geller Rudman & Dowd LLP
58 South Services Road, Suite 200
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: aellman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Samuel Howard Rudman**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367−7100
Fax: (631) 367−1173
Email: srudman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Tareq Salah**

represented by **Adam M. Apton**
Levi & Korsinsky, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
212−363−7500
Email: aapton@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Samba Yarlagadda**

represented by **Samba Yarlagadda**
PRO SE

**Kim Elaine Miller**
Kahn Swick & Foti, LLC
230 Park Avenue
3rd Floor West
New York, NY 10169
212−696−3732
Fax: 504−455−1498
Email: kim.miller@ksfcounsel.com
*TERMINATED: 01/22/2024*
*LEAD ATTORNEY*

**Movant**

**Paul Sweatt**

represented by **Nathaniel A. Tarnor**
Hagens Berman Sobol Shapiro LLP

594 Dean Street
Suite 8
Brooklyn, NY 11238
646−543−4992
Email: NathanT@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Lucas E. Gilmore**
Hagens Berman Sobol Shapiro LLP (B'kly)
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
510−725−3052
Fax: 510−725−3001
Email: lucasg@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Vernon Darden** represented by **Joseph R. Seidman**
Bernstein Liebhard, LLP
10 East 40th Street
New York, NY 10016
(212)−779−1414
Fax: (212)−779−3218
Email: seidman@bernlieb.com
*ATTORNEY TO BE NOTICED*

**Movant**

**IUOE Stationary Engineers Local 39 Pension Trust Fund** represented by **Frank Rocco Schirripa**
Hach Rose Schirripa &Rehns LLP
112 Madison Avenue
Ste 10th Floor
New York, NY 10016
212−213−8311
Email: fschirripa@hrsrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Toby Krohn** represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)−661−1100
Fax: (212)−661−8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**James Jackson** represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**City of Pittsburgh Comprehensive Municipal Pension Trust Fund** represented by **Alan Ian Ellman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Avi Rosenfeld**

Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Carlos Villanueva** represented by **Gregory Bradley Linkh**
Glancy Prongay Wolke & Rotter LLP
745 5th Avenue
5th Floor
New York, NY 10151
212−682−5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Avaya Holdings Corp.**
*TERMINATED: 02/24/2023*

**Defendant**

**James M. Chirico, Jr.** represented by **Thomas Orlo Gorman**
Thomas Gorman
513 G St NE
Washington, DC 20002
301−602−9988
Email: tomgorman14@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin L. D. Hull**
Dorsey & Whitney LLP
50 South Sixth Street
Ste 1500
Minneapolis, MN 55402
612−492−6773
Fax: 612−677−3299
Email: hull.caitlin@dorsey.com
*TERMINATED: 10/10/2024*

**Rachel Lois Izower−Fadde**
Izower Lefton, LLP
Izower Lefton, LLP
1225 Franklin Avenue
Ste 500
11530
Garden City, NY 11530
646−448−9011
Fax: 646−304−7071
Email: rizower@izowerlefton.com
*ATTORNEY TO BE NOTICED*

**Ronald Lefton**
Izower Lefton LLP
1325 Franklin Avenue
Suite 255

Garden City, NY 11530
646−448−9011
Email: rlefton@izowerlefton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kieran J. McGrath** represented by **Reid Mason Figel**
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, NW
Suite 400
Washington, DC 20036
202−326−7900
Fax: 202−326−7999
Email: rfigel@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minsuk Han**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036
202−326−7980
Email: mhan@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Todd Sievers** represented by **Phillip C. Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212−686−1060
Fax: 212−202−3827
Email: philkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Calvary Fund, Ltd.** represented by **Maeve L. O'Connor**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: moconnor@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: eweisgerber@debevoise.com
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
Debevoise & Plimpton LLP
66 Hudson Boulevard

New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: slevinson@debevoise.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Collective Investment Trust Brigade Diversified Credit CIT** — represented by

**Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Credit Fund II Ltd.** — represented by

**Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade High Yield Fund Ltd.** — represented by

**Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Leveraged Capital Structures Fund Ltd.** — represented by

**Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Loan Fund Ltd.** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade Opportunistic Credit LBG Fund Ltd.** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Brigade−SierraBravo Fund LP** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**FedEx Corporation Employees' Pension Trust** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Los Angeles County Employees Retirement Association** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Panther BCM LLC** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Platinum Peregrine A 2012 RSC Limited** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SAS Trustee Corporation** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SC Credit Opportunities Mandate, LLC** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Interested Party**

**SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund**

represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SEI Institutional Investments Trust High Yield Bond Fund**

represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SEI Institutional Managed Trust Multi−Strategy Alternative Fund**

represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**TCorpIM High Yield Fund**

represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**The Coca−Cola Company Master Retirement Trust**

represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**U.S. High Yield Bond Fund** represented by **Maeve L. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SEI Institutional Managed Trust − High Yield Bond Fund** represented by **Erica S. Weisgerber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maeve L. O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney P. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2023 | 1 | COMPLAINT against Avaya Holdings Corp., James M. Chirico, Jr, Kieran J. McGrath. (Filing Fee $ 402.00, Receipt Number ANYSDC−27343540)Document filed by Oliver Jiang..(Rudman, Samuel) (Entered: 02/14/2023) |
| 02/14/2023 | 2 | CIVIL COVER SHEET filed..(Rudman, Samuel) (Entered: 02/14/2023) |
| 02/14/2023 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Oliver Jiang..(Rudman, Samuel) (Entered: 02/14/2023) |
| 02/14/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Avaya Holdings Corp., James M. Chirico, Jr., and Kieran J. McGrath, re: 1 Complaint. Document filed by Oliver Jiang..(Rudman, Samuel) (Entered: 02/14/2023) |
| 02/15/2023 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Samuel Howard Rudman. The party information for the following party/parties has been modified: Oliver Jiang. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 02/15/2023) |
| 02/15/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Paul G. Gardephe. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 02/15/2023) |
| 02/15/2023 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 02/15/2023) |
| 02/15/2023 | | Case Designated ECF. (jgo) (Entered: 02/15/2023) |
| 02/15/2023 | 5 | ELECTRONIC SUMMONS ISSUED as to Avaya Holdings Corp., James M. Chirico, Jr, Kieran J. McGrath..(jgo) (Entered: 02/15/2023) |
| 02/16/2023 | 6 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) Avaya Holdings Corp.. Document filed by Oliver Jiang. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Blasy, Mary) (Entered: 02/16/2023) |
| 02/17/2023 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 6 Notice of Voluntary Dismissal, was reviewed and referred to Judge Paul G. Gardephe for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp)** (Entered: 02/17/2023) |
| 02/24/2023 | 7 | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AVAYA HOLDINGS CORP. ONLY WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Oliver Jiang hereby voluntarily dismisses the above−captioned action, without prejudice, as to defendant Avaya Holdings Corp. SO ORDERED. (Signed by Judge Paul G. Gardephe on 2/24/2023) Avaya Holdings Corp. terminated. (ks) (Entered: 02/24/2023) |
| 02/27/2023 | 8 | WAIVER OF SERVICE RETURNED EXECUTED. Kieran J. McGrath waiver sent on 2/16/2023, answer due 4/17/2023. Document filed by Kieran J. McGrath..(Blasy, Mary) (Entered: 02/27/2023) |
| 03/06/2023 | 9 | AFFIDAVIT OF SERVICE. James M. Chirico, Jr served on 3/1/2023, answer due 3/22/2023. Service was accepted by James M. Chirico, Jr., Personally. Document filed by Oliver Jiang..(Blasy, Mary) (Entered: 03/06/2023) |
| 03/06/2023 | 10 | MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Tareq Salah. (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Motion).(Apton, Adam) (Entered: 03/06/2023) |
| 03/06/2023 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Tareq Salah..(Apton, Adam) (Entered: 03/06/2023) |
| 03/06/2023 | 12 | DECLARATION of Adam M. Apton in Support re: 10 MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Tareq Salah. (Attachments: # 1 Exhibit A− PSLRA Certification, # 2 Exhibit B− Loss Chart, # 3 Exhibit C− PSLRA Notice, # 4 Exhibit D− Movant Declaration, # 5 Exhibit E− LK Resume).(Apton, Adam) (Entered: 03/06/2023) |
| 03/06/2023 | 13 | MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Samba Yarlagadda..(Miller, Kim) (Entered: 03/06/2023) |
| 03/06/2023 | 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Samba Yarlagadda..(Miller, Kim) (Entered: 03/06/2023) |
| 03/06/2023 | 15 | DECLARATION of Kim E. Miller in Support re: 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Samba Yarlagadda. (Attachments: # 1 Exhibit A − PSLRA Certification, # 2 |

| | | |
|---|---|---|
| | | Exhibit B − Loss Chart, # 3 Exhibit C − Statutory Notice, # 4 Exhibit D − Yarlagadda Declaration, # 5 Exhibit E − KSF Resume).(Miller, Kim) (Entered: 03/06/2023) |
| 03/06/2023 | 16 | PROPOSED ORDER. Document filed by Samba Yarlagadda. Related Document Number: 13 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 17 | MOTION to Appoint Todd Sievers to serve as lead plaintiff(s) *and motion to appoint counsel*. Document filed by Todd Sievers..(Kim, Phillip) (Entered: 03/06/2023) |
| 03/06/2023 | 18 | PROPOSED ORDER. Document filed by Todd Sievers. Related Document Number: 17 ..(Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 19 | MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Paul Sweatt..(Tarnor, Nathaniel) (Entered: 03/06/2023) |
| 03/06/2023 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Paul Sweatt..(Tarnor, Nathaniel) (Entered: 03/06/2023) |
| 03/06/2023 | 21 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint Todd Sievers to serve as lead plaintiff(s) *and motion to appoint counsel*. . Document filed by Todd Sievers. (Attachments: # 1 Exhibit 1. PSLRA Notice, # 2 Exhibit 2. PSLRA Certification, # 3 Exhibit 3. Loss Chart, # 4 Exhibit 4. Rosen Law Firm Resume).(Kim, Phillip) (Entered: 03/06/2023) |
| 03/06/2023 | 22 | MOTION to Appoint Counsel ., MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) . Document filed by Vernon Darden. (Attachments: # 1 Text of Proposed Order Proposed Order).(Seidman, Joseph) (Entered: 03/06/2023) |
| 03/06/2023 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Appoint Counsel . MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) . . Document filed by Vernon Darden..(Seidman, Joseph) (Entered: 03/06/2023) |
| 03/06/2023 | 24 | DECLARATION of Joseph R. Seidman, Jr., Esq. in Support re: 22 MOTION to Appoint Counsel . MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) .. Document filed by Vernon Darden. (Attachments: # 1 Exhibit PSLRA Press Releases, # 2 Exhibit Darden Certification, # 3 Exhibit Loss Chart, # 4 Exhibit Firm Resume).(Seidman, Joseph) (Entered: 03/06/2023) |
| 03/06/2023 | 25 | DECLARATION of Lucas E. Gilmore in Support re: 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Paul Sweatt. (Attachments: # 1 Exhibit A − Movant's Certification, # 2 Exhibit B − Movant's Loss Chart, # 3 Exhibit C − Fletcher Notice of Pendency, # 4 Exhibit D − Hagens Berman Firm Resume, # 5 Exhibit E − Movant's Declaration, # 6 Exhibit F − SLF Firm Resume, # 7 Exhibit G − Fletcher Complaint, # 8 Exhibit H − Jiang Notice of Pendency, # 9 Exhibit I − Fletcher Notice of Dismissal, # 10 Exhibit J − Fletcher Docket).(Tarnor, Nathaniel) (Entered: 03/06/2023) |
| 03/06/2023 | 26 | PROPOSED ORDER. Document filed by Paul Sweatt. Related Document Number: 19 ..(Tarnor, Nathaniel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 27 | MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by IUOE Stationary Engineers Local 39 Pension Trust Fund..(Schirripa, Frank) (Entered: 03/06/2023) |
| 03/06/2023 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by IUOE Stationary Engineers Local 39 Pension Trust Fund..(Schirripa, Frank) (Entered: 03/06/2023) |
| 03/06/2023 | 29 | DECLARATION of Frank R. Schirripa in Support re: 27 MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by IUOE Stationary Engineers Local 39 Pension Trust Fund. (Attachments: # 1 Exhibit A − Loss Chart, # 2 Exhibit B − |

| | | |
|---|---|---|
| | | Certification, # 3 Exhibit C − Notice, # 4 Exhibit D − HRS&C Firm Resume).(Schirripa, Frank) (Entered: 03/06/2023) |
| 03/06/2023 | 30 | PROPOSED ORDER. Document filed by IUOE Stationary Engineers Local 39 Pension Trust Fund. Related Document Number: 27 ..(Schirripa, Frank) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 31 | MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Toby Krohn, James Jackson..(Lieberman, Jeremy) (Entered: 03/06/2023) |
| 03/06/2023 | 32 | PROPOSED ORDER. Document filed by James Jackson, Toby Krohn. Related Document Number: 31 ..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 33 | MEMORANDUM OF LAW in Support re: 31 MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by James Jackson, Toby Krohn..(Lieberman, Jeremy) (Entered: 03/06/2023) |
| 03/06/2023 | 34 | MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 03/06/2023) |
| 03/06/2023 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 03/06/2023) |
| 03/06/2023 | 36 | DECLARATION of David A. Rosenfeld in Support re: 34 MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund. (Attachments: # 1 Exhibit A − PSLRA Notice, # 2 Exhibit B −2/14/23 Notice, # 3 Exhibit C − Certification, # 4 Exhibit D − Estimate of losses).(Rosenfeld, David) (Entered: 03/06/2023) |
| 03/06/2023 | 37 | PROPOSED ORDER. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund. Related Document Number: 34 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |
| 03/06/2023 | 38 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 03/06/2023) |
| 03/06/2023 | 39 | DECLARATION of Jeremy A. Lieberman in Support re: 31 MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by James Jackson, Toby Krohn. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Lieberman, Jeremy) (Entered: 03/06/2023) |
| 03/06/2023 | 40 | MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Carlos Villanueva..(Linkh, Gregory) (Entered: 03/06/2023) |
| 03/06/2023 | 41 | MEMORANDUM OF LAW in Support re: 40 MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Carlos Villanueva..(Linkh, Gregory) (Entered: 03/06/2023) |
| 03/06/2023 | 42 | DECLARATION of Gregory B. Linkh in Support re: 40 MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Carlos Villanueva. (Attachments: # 1 Exhibit A − Press Release, # 2 Exhibit B − Certification of Movant, # 3 Exhibit C − Movant Financial Interest Analysis, # 4 Exhibit D − GPM Firm Resume).(Linkh, Gregory) (Entered: 03/06/2023) |
| 03/06/2023 | 43 | PROPOSED ORDER. Document filed by Carlos Villanueva. Related Document Number: 40 ..(Linkh, Gregory) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/06/2023) |

| | | |
|---|---|---|
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 16 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 18 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 26 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 30 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 32 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 37 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 43 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/07/2023) |
| 03/07/2023 | 44 | NOTICE of Withdrawal of Motion re: 10 MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Tareq Salah..(Apton, Adam) (Entered: 03/07/2023) |
| 03/07/2023 | 45 | NOTICE OF PRETRIAL CONFERENCE: Initial Conference set for 6/1/2023 at 10:15 AM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe. SO ORDERED. (Signed by Judge Paul G. Gardephe on 3/7/2023) (ks) (Entered: 03/07/2023) |
| 03/17/2023 | 46 | NOTICE of Withdrawal of Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel re: 17 MOTION to Appoint Todd Sievers to serve as lead plaintiff(s) *and motion to appoint counsel*.. Document filed by Todd Sievers..(Kim, Phillip) (Entered: 03/17/2023) |
| 03/20/2023 | 47 | NOTICE of Non−Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel re: 31 MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by James Jackson, Toby Krohn..(Lieberman, Jeremy) (Entered: 03/20/2023) |
| 03/20/2023 | 48 | MOTION to Withdraw 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel . ., MOTION for Kim E. Miller to Withdraw as Attorney . Document filed by Samba Yarlagadda..(Miller, Kim) (Entered: 03/20/2023) |
| 03/20/2023 | 49 | PROPOSED ORDER. Document filed by Samba Yarlagadda. Related Document Number: 48 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/20/2023) |
| 03/20/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 49 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 03/20/2023) |
| 03/20/2023 | 50 | NOTICE of Non−Opposition and Support of City of Pittsburgh Comprehensive Municipal Pension Trust Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel re: 34 MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 27 MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by IUOE Stationary Engineers Local 39 Pension Trust Fund..(Schirripa, Frank) (Entered: 03/20/2023) |
| 03/20/2023 | 51 | NOTICE of Withdrawal of Carlos Villanueva's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel and Statement in Support of the Motion of the City of Pittsburgh Comprehensive Municipal Pension Trust Fund re: 40 MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Carlos Villanueva..(Linkh, Gregory) (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/20/2023 | 52 | RESPONSE in Support of Motion re: 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Paul Sweatt..(Tarnor, Nathaniel) (Entered: 03/20/2023) |
| 03/20/2023 | 53 | DECLARATION of Lucas E. Gilmore in Support re: 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Paul Sweatt. (Attachments: # 1 Exhibit 1 − Historical Prices).(Tarnor, Nathaniel) (Entered: 03/20/2023) |
| 03/20/2023 | 54 | MEMORANDUM OF LAW in Opposition re: 40 MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 10 MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 17 MOTION to Appoint Todd Sievers to serve as lead plaintiff(s) *and motion to appoint counsel*., 31 MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 22 MOTION to Appoint Counsel . MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) ., 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 27 MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 03/20/2023) |
| 03/22/2023 | 55 | NOTICE OF APPEARANCE by Thomas Orlo Gorman on behalf of James M. Chirico, Jr..(Gorman, Thomas) (Entered: 03/22/2023) |
| 03/22/2023 | 56 | PROPOSED STIPULATION AND ORDER. Document filed by James M. Chirico, Jr..(Gorman, Thomas) (Entered: 03/22/2023) |
| 03/23/2023 | 57 | NOTICE OF APPEARANCE by Reid Mason Figel on behalf of Kieran J. McGrath..(Figel, Reid) (Entered: 03/23/2023) |
| 03/23/2023 | 58 | NOTICE OF APPEARANCE by Minsuk Han on behalf of Kieran J. McGrath..(Han, Minsuk) (Entered: 03/23/2023) |
| 03/23/2023 | 59 | STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO THE COMPLAINT: NOW, THEREFORE, the parties hereto, by and through their undersigned counsel ofrecord, subject to the approval of the Court, stipulate and agree, as follows: No Defendant shall be required to answer, move to dismiss, or otherwise respond to the original Complaint in this action [Document No. 1], and shall not waive any rights, arguments, or defenses by not answering, moving to dismiss, or otherwise responding to the original Complaint, except as set forth below. Within sixty (60) days after the Court enters an order appointing a lead plaintiff and approving the lead plaintiffs selection of lead counsel, counsel for the lead plaintiff shall file any amended complaint or give notice to Defendants electing to stand on the original Complaint. Within sixty (60) days after the lead plaintiff's filing of any amended complaint or giving notice to Defendants electing to stand on the original Complaint, Defendants shall move to dismiss or otherwise respond to the operative complaint. In the event that Defendants move to dismiss, the lead plaintiff's opposition shall be due sixty (60) days thereafter, and Defendants' replies shall be due forty−five (45) days thereafter. (Signed by Judge Paul G. Gardephe on 3/23/2023) (tro) Modified on 3/24/2023 (tro). (Entered: 03/24/2023) |
| 03/24/2023 | 60 | NOTICE of OF NON−OPPOSITION OF VERNON DARDEN TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF re: 22 MOTION to Appoint Counsel . MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) .. Document filed by Vernon Darden..(Seidman, Joseph) (Entered: 03/24/2023) |
| 03/27/2023 | 61 | REPLY MEMORANDUM OF LAW in Support re: 34 MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 03/27/2023) |
| 03/27/2023 | 62 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Paul Sweatt..(Tarnor, Nathaniel) (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 05/25/2023 | 63 | NOTICE OF APPEARANCE by Alan Ian Ellman on behalf of City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Ellman, Alan) (Entered: 05/25/2023) |
| 05/25/2023 | 64 | MOTION for Lucas E. Gilmore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27789833. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Paul Sweatt. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Affidavit Declaration of Lucas E. Gilmore, # 3 Text of Proposed Order for Admission Pro Hac Vice).(Tarnor, Nathaniel) (Entered: 05/25/2023) |
| 05/25/2023 | 65 | JOINT LETTER addressed to Judge Paul G. Gardephe from David A. Rosenfeld, Thomas O. Gorman, Reid M. Figel, Nathaniel A. Tarnor dated May 25, 2023 re: Initial Pretrial Conference. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 05/25/2023) |
| 05/25/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 64 MOTION for Lucas E. Gilmore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27789833. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 05/25/2023) |
| 05/26/2023 | 66 | MEMO ENDORSEMENT on re: 65 Letter, filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 5/26/2023) (ks) (Entered: 05/26/2023) |
| 06/05/2023 | 67 | NOTICE of Supplemental Authority Regarding Pending Lead Plaintiff Motions. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund. (Attachments: # 1 Exhibit Dentsply Sirona Lead Plaintiff Opinion and Order).(Rosenfeld, David) (Entered: 06/05/2023) |
| 06/26/2023 | 68 | LETTER addressed to Judge Paul G. Gardephe from David A. Rosenfeld dated June 26, 2023 re: Rule IV.H of Your Honor's Individual Rules of Practice in Civil Cases. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 06/26/2023) |
| 12/07/2023 | 69 | LETTER MOTION for Discovery *Pre−Motion Conference Letter Request and Leave to Serve a Document Subpoena on Avaya Holdings Corp.* addressed to Judge Paul G. Gardephe from Alan I. Ellman dated December 7, 2023. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang. (Attachments: # 1 Exhibit A − Brigade Cavalry Fund v. Chirico Complaint, # 2 Exhibit B − Alcoff III Nubt v. Chirico Complaint, # 3 Exhibit C − Paul Weiss Rule 2019 Statement, # 4 Exhibit D − Akin Rule 2019 Statement, # 5 Exhibit E − Avaya Governance Term Sheet, # 6 Exhibit F − Avaya Members of the New Board).(Ellman, Alan) (Entered: 12/07/2023) |
| 12/12/2023 | 70 | LETTER RESPONSE to Motion addressed to Judge Paul G. Gardephe from Minsuk Han dated December 12, 2023 re: 69 LETTER MOTION for Discovery *Pre−Motion Conference Letter Request and Leave to Serve a Document Subpoena on Avaya Holdings Corp.* addressed to Judge Paul G. Gardephe from Alan I. Ellman dated December 7, 2023. . Document filed by Kieran J. McGrath. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Han, Minsuk) (Entered: 12/12/2023) |
| 12/12/2023 | 71 | LETTER RESPONSE to Motion addressed to Judge Paul G. Gardephe from Thomas Gorman dated 12/12/2023 re: 69 LETTER MOTION for Discovery *Pre−Motion Conference Letter Request and Leave to Serve a Document Subpoena on Avaya Holdings Corp.* addressed to Judge Paul G. Gardephe from Alan I. Ellman dated December 7, 2023. . Document filed by James M. Chirico, Jr..(Gorman, Thomas) (Entered: 12/12/2023) |
| 01/19/2024 | 72 | ORDER: With respect to the parties' pending motions for the appointment of lead plaintiff (Dkt. Nos. 19, 34), Plaintiff City of Pittsburgh Comprehensive Municipal Pension Trust Fund ("Pittsburgh") is directed to make a submission by January 26, 2024 addressing why the alleged disclosures that were made prior to Pittsburgh's sale June 27, 2022 sale of its shares in Avaya Holdings Corp. (see Cmplt. (Dkt. No. 1) 7−10, 85−88, 90−93, 97; Rosenfeld Decl., Ex. D. (Dkt. No. 36−4)) constitute "corrective disclosures." See Ark. Teachers Ret. Sys. v. Goldman Sachs Grp., Inc., 879 F.3d 474, 480 n.3 (2d Cir. 2018). Plaintiff Paul Sweatt's response is due February 2, |

| | | |
|---|---|---|
| | | 2024. In his response, Sweatt will also clarify the calculation of his total loss in light of the analysis applied in Sallustro v. CannaVest Corp., 93 F. Supp. 3d 265 (S.D.N.Y. 2015). SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/19/2024) (ks) (Entered: 01/19/2024) |
| 01/19/2024 | 73 | ORDER granting 69 Motion for Discovery. Briefing concerning Defendant's motion for summary judgment will proceed as follows: Defendant's motion is due by February 23, 2024. Plaintiff's opposition is due by March 29, 2024. Defendant's reply is due April 5, 2024. SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/19/2024) (ks) (Entered: 01/19/2024) |
| 01/19/2024 | | Set/Reset Deadlines: Motions due by 2/2/2024. Responses due by 2/16/2024 (ks) (Entered: 01/19/2024) |
| 01/22/2024 | 74 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR LUCAS E. GILMORE granting 64 Motion for Lucas E. Gilmore to Appear Pro Hac Vice. The Motion of Lucas E. Gilmore, for admission to practice pro hac vice in the above captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is directed to terminate the motion. (Dkt. No. 64). IT IS SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/22/24) (yv) (Entered: 01/23/2024) |
| 01/22/2024 | 75 | ORDER GRANTING WITHDRAWAL OF MOTION OF SAMBA YARLAGADDA AND MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4 granting 48 Motion to Withdraw 48 MOTION to Withdraw 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . MOTION for Kim E. Miller to Withdraw as Attorney . ; granting 48 Motion to Withdraw as Attorney. The Motion of Samba Yarlagadda for withdrawal of his Motion for appointment as Lead Plaintiff and withdrawal of appearance of Counsel is GRANTED, such that IT IS HEREBY ORDERED that attorney Kim E. Miller shall be removed from the official docket of this consolidated Action as well as the electronic case filing (ECF) service list. The Clerk of Court is directed to terminate the motion. (Dkt. No. 48). SO ORDERED. (Attorney Kim Elaine Miller terminated.) (Signed by Judge Paul G. Gardephe on 1/22/24) (yv) Modified on 2/9/2024 (yv). (Entered: 01/23/2024) |
| 01/26/2024 | 76 | BRIEF re: 72 Order,,, *Response to Court Order*. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund. (Attachments: # 1 Exhibit A − Declaration of Bjorn I. Steinholt, CFA).(Rudman, Samuel) (Entered: 01/26/2024) |
| 02/02/2024 | 77 | BRIEF re: 72 Order,,, *Response to Court Order*. Document filed by Paul Sweatt. (Attachments: # 1 Affidavit of Lucas E. Gilmore, # 2 Exhibit A − Sweatt's Loss Chart, # 3 Exhibit B − Pittsburgh's Loss Chart).(Gilmore, Lucas) (Entered: 02/02/2024) |
| 02/06/2024 | 78 | LETTER addressed to Judge Paul G. Gardephe from David A. Rosenfeld dated 02/06/2024 re: clarification of the record. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund..(Rosenfeld, David) (Entered: 02/06/2024) |
| 02/16/2024 | 79 | MOTION TO MODIFY THE PSLRA DISCOVERY STAY . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang..(Ellman, Alan) (Entered: 02/16/2024) |
| 02/16/2024 | 80 | MEMORANDUM OF LAW in Support re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang..(Ellman, Alan) (Entered: 02/16/2024) |
| 02/16/2024 | 81 | DECLARATION of Alan I. Ellman in Support re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY .. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang. (Attachments: # 1 Exhibit Ex. A − Brigade Cavalry Fund Ltd v. James M. Chirico Jr. Complaint, # 2 Exhibit Ex. B − Alcof III Nubt LP v. James M. Chirico Jr. Complaint, # 3 Exhibit Ex. C − Paul Weiss Rule 2019 Statement, # 4 Exhibit Ex. D − Akin Rule 2019 Statement, # 5 Exhibit Ex. E − Avaya − Governance Term Sheet, # 6 Exhibit Ex. F − Avaya− Members of the |

| | | |
|---|---|---|
| | | New Board, # 7 Exhibit Ex. G − A6 Capital_Management Summons, # 8 Exhibit Ex. H − A6 Capital_Management Amended Notice of Discontinuance).(Ellman, Alan) (Entered: 02/16/2024) |
| 02/16/2024 | 82 | PROPOSED ORDER. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang. Related Document Number: 79 ..(Ellman, Alan) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/16/2024) |
| 02/16/2024 | 83 | MEMORANDUM OF LAW in Opposition re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . . Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 02/16/2024) |
| 02/16/2024 | 84 | DECLARATION of Minsuk Han in Opposition re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY .. Document filed by Kieran J. McGrath. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Han, Minsuk) (Entered: 02/16/2024) |
| 02/16/2024 | 85 | MEMORANDUM OF LAW in Opposition re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . . Document filed by James M. Chirico, Jr..(Gorman, Thomas) (Entered: 02/16/2024) |
| 02/20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 82 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 02/20/2024) |
| 02/28/2024 | 86 | LETTER MOTION for Leave to File Reply Memorandum of Law in Further Support of Plaintiffs Motion to Modify the PSLRA Discovery Stay addressed to Judge Paul G. Gardephe from Alan I. Ellman dated February 28, 2024. Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang. (Attachments: # 1 Exhibit A − [Proposed] Reply Memorandum of Law).(Ellman, Alan) (Entered: 02/28/2024) |
| 02/29/2024 | 87 | ORDER granting 86 Letter Motion for Leave to File Document. The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 2/29/2024) (jca) (Entered: 02/29/2024) |
| 03/01/2024 | 88 | REPLY MEMORANDUM OF LAW in Support re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . . Document filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, Oliver Jiang..(Ellman, Alan) (Entered: 03/01/2024) |
| 03/05/2024 | 89 | MEMORANDUM OPINION & ORDER re: 40 MOTION to Appoint Carlos Villanueva to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by Carlos Villanueva, 10 MOTION to Appoint Tareq Salah to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by Tareq Salah, 17 MOTION to Appoint Todd Sievers to serve as lead plaintiff(s) *and motion to appoint counsel*. filed by Todd Sievers, 31 MOTION to Appoint Toby Krohn and James Jackson to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by James Jackson, Toby Krohn, 13 MOTION to Appoint Samba Yarlagadda to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by Samba Yarlagadda, 22 MOTION to Appoint Counsel . MOTION to Appoint Vernon Darden to serve as lead plaintiff(s) . filed by Vernon Darden, 19 MOTION to Appoint Paul Sweatt to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by Paul Sweatt, 34 MOTION to Appoint City of Pittsburgh Comprehensive Municipal Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by City of Pittsburgh Comprehensive Municipal Pension Trust Fund, 27 MOTION to Appoint IUOE Stationary Engineers Local 39 Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by IUOE Stationary Engineers Local 39 Pension Trust Fund. For the reasons stated above, Sweatt's motion for appointment as lead plaintiff and oflead counsel (Dkt. No. 19) is granted. Pittsburgh's competing motion is denied. (Dkt. No. 34) The Clerk of Court is directed to terminate the motions. (Dkt. Nos. 10, 13, 17, 19, 22, 27, 31, 34, 40). The parties are directed to meet and confer, and by March 12, 2024, they will file a joint letter setting out a proposed schedule for next steps in this case, including proposed dates for the filing of (1) an amended complaint and (2) Defendants' response. SO ORDERED. (Signed by Judge Paul G. Gardephe on 3/5/2024) (ks) (Entered: 03/05/2024) |
| 03/08/2024 | 90 | JOINDER to join re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . . Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 03/08/2024) |

| | | |
|---|---|---|
| 03/12/2024 | 91 | JOINT LETTER addressed to Judge Paul G. Gardephe from Lucas Gilmore, Thomas Gorman, Minsuk Han dated March 12, 2024 re: proposed schedule for next steps in this case. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 03/12/2024) |
| 03/14/2024 | 92 | MEMO ENDORSEMENT on re: 91 Letter filed by Paul Sweatt, ENDORSEMENT: The Application is granted. SO ORDERED (Signed by Judge Paul G. Gardephe on 3/14/2024) ( Amended Pleadings due by 5/6/2024., Motions due by 7/8/2024.) (ks) (Entered: 03/14/2024) |
| 05/06/2024 | 93 | AMENDED COMPLAINT amending 1 Complaint against James M. Chirico, Jr, Kieran J. McGrath with JURY DEMAND.Document filed by Paul Sweatt. Related document: 1 Complaint..(Gilmore, Lucas) (Entered: 05/06/2024) |
| 06/21/2024 | 94 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Caitlin L.D. Hull to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29517071. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James M. Chirico, Jr. (Attachments: # 1 Affidavit Affidavit of Caitlin L.D. Hull in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Ex 1 − MN Certificate of Good Standing, # 3 Exhibit Ex 2 − ND Certificate of Good Standing, # 4 Proposed Order Proposed Order).(Hull, Caitlin) Modified on 6/21/2024 (rju). (Entered: 06/21/2024) |
| 06/21/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 94 MOTION for Caitlin L.D. Hull to Appear Pro Hac Vice Filing fee $ 200.00, receipt number ANYSDC−29517071. Motion and supporting papers to be reviewed by Clerk's Office staff The filing is deficient for the following reason(s): Wrong judge's name on the Order; Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (rju)** (Entered: 06/21/2024) |
| 06/21/2024 | 95 | MOTION for Caitlin L.D. Hull to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James M. Chirico, Jr. (Attachments: # 1 Affidavit Affidavit of Caitlin L.D. Hull in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Ex 1 − MN Certificate of Good Standing, # 3 Exhibit Ex 2 − ND Certificate of Good Standing, # 4 Proposed Order Proposed Order).(Hull, Caitlin) (Entered: 06/21/2024) |
| 06/21/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 95 MOTION for Caitlin L.D. Hull to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/21/2024) |
| 06/24/2024 | 96 | ORDER denying 79 Motion re: 79 MOTION TO MODIFY THE PSLRA DISCOVERY STAY . For the reasons stated above, Plaintiffs' motion to lift or modify the PSLRA discovery stay is denied. The Clerk of Court is directed to terminate the motion (Dkt. No. 79). SO ORDERED. (Signed by Judge Paul G. Gardephe on 6/24/2024) (ks) (Entered: 06/24/2024) |
| 06/24/2024 | 97 | ORDER FOR ADMISSION OR CAITLIN L.D. HULL PRO HAC VICE granting 95 Motion to Appear Pro Hac Vice. The motion of Caitlin L.D. Hull for admission to practice pro hac vice as counsel for Defendant James M. Chirico, Jr. in the above−captioned matter is granted. As further set forth by this Order. (Signed by Judge Paul G. Gardephe on 6/24/2024) (tg) (Entered: 06/24/2024) |
| 08/28/2024 | 98 | LETTER MOTION for Leave to File Single Omnibus Brief in Opposition to Defendants' Motions to Dismiss addressed to Judge Paul G. Gardephe from Lucas E. Gilmore dated August 28, 2024. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 08/28/2024) |
| 08/29/2024 | 99 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated August 29, 2024 re: Response to Plaintiffs' Letter Motion at ECF No. 98. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 08/29/2024) |
| 08/30/2024 | 100 | ORDER granting 98 Letter Motion for Leave to File Document. The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 8/29/2024) (ks) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 08/30/2024 | | Set/Reset Deadlines: Responses due by 9/6/2024 (ks) (Entered: 08/30/2024) |
| 09/11/2024 | 101 | LETTER MOTION for Leave to File Excess Pages *for Defendant McGrath's Reply Brief* addressed to Judge Paul G. Gardephe from Reid M. Figel dated September 11, 2024. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 09/11/2024) |
| 09/12/2024 | 102 | LETTER MOTION for Leave to File Excess Pages *for Defendant James Chirico's Reply Brief* addressed to Judge Paul G. Gardephe from Caitlin L.D. Hull dated 09/12/2024. Document filed by James M. Chirico, Jr..(Hull, Caitlin) (Entered: 09/12/2024) |
| 09/12/2024 | 103 | LETTER addressed to Judge Paul G. Gardephe from Lucas E. Gilmore dated September 12, 2024 re: Response to Defendants' Requests for Page Extension at ECF Nos. 101−02. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 09/12/2024) |
| 09/12/2024 | 104 | ORDER granting 102 Letter Motion for Leave to File Excess PagesThe Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 9/12/2024) (jca) (Entered: 09/12/2024) |
| 09/12/2024 | 105 | ORDER granting 101 Letter Motion for Leave to File Excess Pages The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 9/12/2024) (jca) (Entered: 09/12/2024) |
| 10/09/2024 | 106 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by James M. Chirico, Jr..(Hull, Caitlin) (Entered: 10/09/2024) |
| 10/10/2024 | 107 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that THOMAS O. GORMAN (501 G Street NE, Washington, DC 20002) is substituted in place of the law firm of DORSEY & WHITNEY LLP, with offices at 51 West 52nd Street, New York, New York 10019, as counsel of record for Defendant James M. Chirico in the above−referenced action. A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4. PLEASE TAKE NOTICE that all further pleadings, notices of hearing, and other filings in this action should be served upon the undersigned incoming counsel at the address set forth below. The application is granted. SO ORDERED (Signed by Judge Paul G. Gardephe on 10/10/2024) Attorney Caitlin L. D. Hull terminated. (ks) (Entered: 10/10/2024) |
| 10/21/2024 | 108 | MOTION to Dismiss . Document filed by James M. Chirico, Jr. (Attachments: # 1 Supplement Memorandum of Law, # 2 Affidavit Declaration of Caitlin Hull, # 3 Appendix to Caitlin Hull Declaration, # 4 Exhibit A − Avaya Holdings Form 8−K on 5.10.22, # 5 Exhibit B − Avaya Holdings Form 10−Q, # 6 Exhibit C − Avaya Holdings 2022Q2 Earnings Call, # 7 Exhibit D − Avaya Holdings Press Release re: $600m financing, # 8 Exhibit E − Avaya Holdings Form 8−K on 6.28.22).(Gorman, Thomas) (Entered: 10/21/2024) |
| 10/21/2024 | 109 | REPLY MEMORANDUM OF LAW in Support re: 108 MOTION to Dismiss . . Document filed by James M. Chirico, Jr..(Gorman, Thomas) (Entered: 10/21/2024) |
| 10/21/2024 | 110 | MOTION to Dismiss *Plaintiffs' Amended Complaint*. Document filed by Kieran J. McGrath. (Attachments: # 1 Supplement Memorandum in Support, # 2 Affidavit Declaration of Minsuk Han, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14).(Figel, Reid) (Entered: 10/21/2024) |
| 10/21/2024 | 111 | REPLY MEMORANDUM OF LAW in Support re: 110 MOTION to Dismiss *Plaintiffs' Amended Complaint*. . Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 10/21/2024) |
| 10/21/2024 | 112 | RESPONSE in Opposition to Motion re: 108 MOTION to Dismiss ., 110 MOTION to Dismiss *Plaintiffs' Amended Complaint*. . Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 10/21/2024) |
| 10/21/2024 | 113 | REPLY MEMORANDUM OF LAW in Support re: 110 MOTION to Dismiss *Plaintiffs' Amended Complaint. (Corrected Version)*. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 10/21/2024) |

| | | |
|---|---|---|
| 10/21/2024 | 114 | LETTER MOTION for Oral Argument *on McGrath's Motion to Dismiss Plaintiffs' Amended Complaint & Notice of Corrected Reply Brief* addressed to Judge Paul G. Gardephe from Reid M. Figel dated October 21, 2024. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 10/21/2024) |
| 10/22/2024 | 115 | ORDER denying 114 Motion for Oral Argument. Defendant Kieran McGrath's request for oral argument is denied at this time. In the event that the Court determines that oral argument would be useful, it will schedule the motion for oral argument. The Clerk of Court is directed to terminate the motion (Dkt. No. 114). SO ORDERED. (Signed by Judge Paul G. Gardephe on 10/22/2024) (ks) (Entered: 10/22/2024) |
| 01/21/2025 | 116 | NOTICE OF APPEARANCE by Rachel Lois Izower−Fadde on behalf of James M. Chirico, Jr..(Izower−Fadde, Rachel) (Entered: 01/21/2025) |
| 01/21/2025 | 117 | NOTICE OF APPEARANCE by Ronald Lefton on behalf of James M. Chirico, Jr..(Lefton, Ronald) (Entered: 01/21/2025) |
| 01/23/2025 | 118 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated January 23, 2025 re: Rule IV(H) Letter Regarding Motion to Dismiss. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 01/23/2025) |
| 05/16/2025 | 119 | NOTICE of Recent Decision Relevant to Defendants' Motions to Dismiss re: 108 MOTION to Dismiss ., 110 MOTION to Dismiss *Plaintiffs' Amended Complaint*.. Document filed by Paul Sweatt. (Attachments: # 1 Exhibit 1 − Transcript).(Gilmore, Lucas) (Entered: 05/16/2025) |
| 05/22/2025 | 120 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated May 22, 2025 re: Lead Plaintiffs Notice of Recent Decision Relevant to Defendants Motions to Dismiss at ECF No. 119. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 05/22/2025) |
| 06/03/2025 | 121 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated June 3, 2025 re: Stay of Discovery in Related State−Court Proceedings. Document filed by Kieran J. McGrath. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Figel, Reid) (Entered: 06/03/2025) |
| 06/04/2025 | 122 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#127)** NOTICE OF APPEARANCE by Maeve L. O'Connor on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(O'Connor, Maeve) Modified on 6/9/2025 (lb). (Entered: 06/04/2025) |
| 06/04/2025 | 123 | RESPONSE re: 121 Letter, */ Letter addressed to Judge Paul G. Gardephe from Maeve O'Connor re: Defendants Letter to Stay State−Court Proceedings*. Document filed by Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(O'Connor, Maeve) (Entered: 06/04/2025) |
| 06/05/2025 | 124 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#129)** NOTICE OF APPEARANCE by Erica S. Weisgerber on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital |

| | | |
|---|---|---|
| | | Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(Weisgerber, Erica) Modified on 6/9/2025 (lb). (Entered: 06/05/2025) |
| 06/05/2025 | 125 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#128)** NOTICE OF APPEARANCE by Sidney P. Levinson on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(Levinson, Sidney) Modified on 6/9/2025 (lb). (Entered: 06/05/2025) |
| 06/05/2025 | 126 | LETTER addressed to Judge Paul G. Gardephe from Rachel Izower dated June 5 2025 re: Defendant Chirico joins in Defendant McGrath letter re stay of discovery in related state court proceeding [ECF 121]. Document filed by James M. Chirico, Jr..(Izower−Fadde, Rachel) (Entered: 06/05/2025) |
| 06/06/2025 | 127 | NOTICE OF APPEARANCE by Maeve L. O'Connor on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund, SEI Institutional Managed Trust − High Yield Bond Fund..(O'Connor, Maeve) (Entered: 06/06/2025) |
| 06/06/2025 | 128 | NOTICE OF APPEARANCE by Sidney P. Levinson on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(Levinson, Sidney) (Entered: 06/06/2025) |
| 06/06/2025 | 129 | NOTICE OF APPEARANCE by Erica S. Weisgerber on behalf of Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI |

| | | |
|---|---|---|
| | | Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(Weisgerber, Erica) (Entered: 06/06/2025) |
| 06/06/2025 | 130 | MOTION to Intervene . Document filed by Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund. (Attachments: # 1 Proposed Order Granting Brigade Plaintiffs' Motion to Intervene).(O'Connor, Maeve) (Entered: 06/06/2025) |
| 06/06/2025 | 131 | MEMORANDUM OF LAW in Support re: 130 MOTION to Intervene . / *Memorandum of Law in Support of Brigade Plaintiffs' Motion to Intervene*. Document filed by Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(O'Connor, Maeve) (Entered: 06/06/2025) |
| 06/06/2025 | 132 | DECLARATION of Erica S. Weisgerber in Support re: 130 MOTION to Intervene .. Document filed by Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund. (Attachments: # 1 Exhibit 1 − Letter to Judge Paul G. Gardephe from Brigade Plaintiffs, # 2 Exhibit 2 − Decision & Order on Motion to Dismiss in Brigade Action).(Weisgerber, Erica) (Entered: 06/06/2025) |
| 06/11/2025 | 133 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated June 11, 2025 re: Response to Brigade Plaintiffs' Letter Opposing Stay of Discovery and Motion to Intervene. Document filed by Kieran J. McGrath. (Attachments: # 1 Exhibit A).(Figel, Reid) (Entered: 06/11/2025) |
| 06/20/2025 | 134 | LETTER addressed to Judge Paul G. Gardephe from Lucas E. Gilmore dated June 20, 2025 re: Proposed Intervenors Motion to Intervene. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 06/20/2025) |
| 09/26/2025 | 135 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated September 26, 2025 re: Pending Request for a Pre−Motion Conference and Leave to File a Motion. Document filed by Kieran J. McGrath. (Attachments: # 1 Exhibit A).(Figel, Reid) (Entered: 09/26/2025) |
| 12/04/2025 | 136 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated December 4, 2025 re: First Department Decision and Order. Document filed by Kieran J. McGrath. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A (First Department Decision and Order)).(Figel, Reid) (Entered: 12/04/2025) |
| 12/10/2025 | 137 | LETTER MOTION to Expedite / *Letter Requesting Briefing Schedule* addressed to Judge Paul G. Gardephe from Maeve OConnor dated December 10, 2025. Document filed by Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade−SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust High Yield Bond Fund, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, SEI Institutional Managed Trust − High Yield Bond Fund, TCorpIM High Yield Fund, The Coca−Cola Company Master Retirement Trust, U.S. High Yield Bond Fund..(O'Connor, Maeve) (Entered: 12/10/2025) |
| 12/15/2025 | 138 | LETTER addressed to Judge Paul G. Gardephe from Reid M. Figel dated December 15, 2025 re: Response to Request of Proposed Intervenors to Expedite Briefing. Document filed by Kieran J. McGrath..(Figel, Reid) (Entered: 12/15/2025) |
| 08/18/2026 | 139 | LETTER addressed to Judge Paul G. Gardephe from Lucas E. Gilmore dated August 18, 2026 re: Pending Motions. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 08/18/2026) |
| 09/01/2026 | 140 | MEMORANDUM OPINION & ORDER re: 108 MOTION to Dismiss . filed by James M. Chirico, Jr., 130 MOTION to Intervene . filed by SEI Institutional Investments Trust High Yield Bond Fund, U.S. High Yield Bond Fund, SAS Trustee Corporation, Los Angeles County Employees Retirement Association, Brigade−SierraBravo Fund LP, Brigade Credit Fund II Ltd., TCorpIM High Yield Fund, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, The Coca−Cola Company Master Retirement Trust, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, Brigade Loan Fund Ltd., SEI Institutional Managed Trust − High Yield Bond Fund, Brigade High Yield Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., FedEx Corporation Employees' Pension Trust, Brigade Leveraged Capital Structures Fund Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, SEI Institutional Managed Trust Multi−Strategy Alternative Fund, Brigade Calvary Fund, Ltd., SC Credit Opportunities Mandate, LLC, 110 MOTION to Dismiss *Plaintiffs' Amended Complaint*. filed by Kieran J. McGrath, 137 LETTER MOTION to Expedite / *Letter Requesting Briefing Schedule* addressed to Judge Paul G. Gardephe from Maeve OConnor dated December 10, 2025. filed by SEI Institutional Investments Trust High Yield Bond Fund, U.S. High Yield Bond Fund, SAS Trustee Corporation, Los Angeles County Employees Retirement Association, Brigade−SierraBravo Fund LP, Brigade Credit Fund II Ltd., TCorpIM High Yield Fund, Platinum Peregrine A 2012 RSC Limited, Panther BCM LLC, The Coca−Cola Company Master Retirement Trust, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, Brigade Loan Fund Ltd., SEI Institutional Managed Trust − High Yield Bond Fund, Brigade High Yield Fund Ltd., FedEx Corporation Employees' Pension Trust, Brigade Opportunistic Credit LBG Fund Ltd., Brigade Collective Investment Trust Brigade Diversified Credit CIT, Brigade Leveraged Capital Structures Fund Ltd., SEI Institutional Managed Trust Multi−Strategy Alternative Fund, Brigade Calvary Fund, Ltd., SC Credit Opportunities Mandate, LLC. For the reasons stated above, Defendants' motions to dismiss (Dkt. Nos. 108, 110) are granted. Given this determination, the Brigade plaintiffs' motions for leave to intervene (Dkt. Nos. 130) and for an expedited briefing schedule concerning Defendants' request for leave to file a motion to stay discovery in Brigade (Dkt. No. 137) are denied as moot. While the Court grants leave to move to amend, in any such motion, Plaintiff will explain in detail how each defect cited in this Opinion has been satisfied by new factual allegations in the proposed second amended complaint. Any motion for leave to amend is to be filed by September 30, 2026. The proposed second amended complaint is to be attached as an exhibit to the motion. The Clerk of Court is directed to terminate the motions (Dkt. Nos. 108, 110, 130, 137). ( Motions due by 9/30/2026.) (Signed by Judge Paul G. Gardephe on 9/1/2026) (sgz) (Entered: 09/02/2026) |

| | | |
|---|---|---|
| 09/29/2026 | 141 | NOTICE of Intent Not to Amend the Complaint re: 140 Memorandum & Opinion, Set Deadlines,,,,,,,,,,,,,,,,,,,,,,. Document filed by Paul Sweatt..(Gilmore, Lucas) (Entered: 09/29/2026) |
| 09/30/2026 | 142 | NOTICE OF APPEAL from 140 Memorandum & Opinion, Set Deadlines,,,,,,,,,,,,,,,,,,,,,,. Document filed by Paul Sweatt. Filing fee $ 605.00, receipt number ANYSDC−33530822. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Gilmore, Lucas) (Entered: 09/30/2026) |
| 09/30/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 142 Notice of Appeal,..(nd) (Entered: 09/30/2026) |
| 09/30/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 142 Notice of Appeal, filed by Paul Sweatt were transmitted to the U.S. Court of Appeals..(nd) (Entered: 09/30/2026) |