HAGENS BERMAN

**Lucas E. Gilmore** **lucasg@hbsslaw.com**

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKELEY, CA 94710

**hbsslaw.com**

(415) 725-3000 phone (415) 725-3001 fax

November 2, 2026

**Via ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Jiang v. Avaya Holdings Corp.*, No. 26-2763
2d Cir. Rule 31.2(a)(1)(A) Scheduling Request

Dear Ms. Wolfe:

Contingent on the granting of the parties' Joint Unopposed Motion to Remove the Appeal from the Expedited Appeals Calendar, Dkt. No. 20.1 (Oct. 29, 2026), Plaintiff-Appellant Paul Sweatt respectfully requests that he be permitted to file his Principal Brief by **January 13, 2027**. This proposed deadline is within 91 days of the "ready date" of October 14, 2026. *See* Form D, Dkt. No. 8.1 (Oct. 14, 2026) (indicating no transcript will be ordered).

Appellant did not file this Rule 31.2(a)(1)(A) scheduling request earlier because the Court placed this case on the Expedited Appeals Calendar before his notification was due. *See* Notice of Expedited Appeal, Dkt. No. 19.1 (Oct. 27, 2026).

Thank you for your consideration.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*<u>/s/ Lucas E. Gilmore</u>*
Lucas E. Gilmore

*Counsel for Plaintiff-Appellant Paul Sweatt*